IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

YVONNE GARCIA, individually and on behalf of other
similarly situated individuals,

    Plaintiff,

v.                                                                 Civ. No. 21-1023 KG/JMR

REPUBLIC UNDERWRITERS INSURANCE COMPANY,

Defendant.

## FINAL JUDGMENT

    Pursuant to Federal Rule of Civil Procedure 58(a), this Court issues its separate judgment disposing of this civil case.

    IT IS ORDERED that:

    1.    All claims against Defendant Republic Underwriters Insurance Company are dismissed with prejudice; and

    2.    This case is hereby closed.

_____
UNITED STATES DISTRICT JUDGE